**Criminal Case Cover Sheet**         **U.S. District Court - District of Massachusetts**

**Place of Offense:**    **Category No.** 2    **Investigating Agency** FBI

**City** Lowell, Nashua    **Related Case Information:**

**County** Middlesex, Hillsborough

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant  x
Magistrate Judge Case Number _____
Search Warrant Case Number   See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

| Defendant Name | Bill Phim | Juvenile: | ☐ Yes ☑ No |

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address   (City & State) Lowell, Ma

Birth date (Yr only): 1988   SSN (last4#): 3032   Sex M   Race: Asian   Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** Fred Wyshak, III    Bar Number if applicable 674033

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty ☐ Misdemeanor ☑ Felony 4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/26/2023    Signature of AUSA: *Fred M. Wyshak, III*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Bill Phim

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 846 & 841(b)(1)(B)(viii) | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of Methamphetamine | One |
| Set 2 | 21 U.S.C. §§ 846 & 841(b)(1)(B)(viii) | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of Methamphetamine | Three |
| Set 3 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)  18 U.S.C. § 2 | Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine; Aiding and Abetting | Five |
| Set 4 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii)  18 U.S.C. § 2 | Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine; Aiding and Abetting | Six |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Criminal Case Cover Sheet**            **U.S. District Court - District of Massachusetts**

**Place of Offense:**     **Category No.** 2     **Investigating Agency** FBI

**City** Lowell, Nashua     **Related Case Information:**

**County** Middlesex, Hillsborough

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant x
Magistrate Judge Case Number _____
Search Warrant Case Number See Attachment
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Erickson Dao     Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Lowell, Ma

Birth date (Yr only): 1992   SSN (last4#): 6006   Sex: M   Race: Asian   Nationality: _____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA: Fred Wyshak, III     Bar Number if applicable: 674033

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 07/26/2023     Signature of AUSA: *Fred M. Wyshak, III*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Erickson Dao

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 846 & 841(b)(1)(B)(viii) | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of Methamphetamine | One |
| Set 2 | 21 U.S.C. §§ 841(a)(1) & (b)(1)(B)(ii) | Possession with Intent to Distribute 500 Grams or More of Cocaine | Two |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Criminal Case Cover Sheet**      **U.S. District Court - District of Massachusetts**

**Place of Offense:**    Category No. **2**    Investigating Agency **FBI**

**City** Lowell, Nashua    Related Case Information:

**County** Middlesex, Hillsborough

Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant **x**
Magistrate Judge Case Number _____
Search Warrant Case Number **See Attachment**
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: **Brian Gingras**    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) **Lowell, MA**

Birth date (Yr only): **1985**    SSN (last4#): **5035**    Sex **M**    Race: **White**    Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA **Fred Wyshak, III**    Bar Number if applicable **674033**

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint ☐ Information ☑ Indictment

**Total # of Counts:** ☐ Petty — ☐ Misdemeanor — ☑ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **07/26/2023**    Signature of AUSA: *Fred M. Wyshak, III*

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Brian Gingras

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 846 & 841(b)(1)(B)(viii) | Conspiracy to Distribute and to Possess with Intent to Distribute 500 Grams or More of Methamphetamine | Three |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii) | Possession with Intent to Distribute 50 Grams or More of Methamphetamine | Four |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

**Criminal Case Cover Sheet**        **U.S. District Court - District of Massachusetts**

**Place of Offense:**     Category No. __2__     Investigating Agency __FBI__

**City** __Lowell__     **Related Case Information:**

**County** __Middlesex__

Superseding Ind./ Inf. _____    Case No. _____
Same Defendant _____    New Defendant __x__
Magistrate Judge Case Number _____
Search Warrant Case Number __See Attachment__
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: __Marcus Holder__    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) __Newton, NH__

Birth date (Yr only): __1995__   SSN (last4#): __4136__   Sex __M__   Race: __Black__   Nationality: _____

**Defense Counsel if known:** _____    Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Fred Wyshak, III__    Bar Number if applicable __674033__

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☑ Yes ☐ No

☑ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __07/26/2023__    Signature of AUSA: *Fred M. Wyshak, III*

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Marcus Holder

## U.S.C. Citations

| Set | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2 | Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine; Aiding and Abetting | Five |
| Set 2 | 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(viii); 18 U.S.C. § 2 | Distribution of and Possession with Intent to Distribute 50 Grams or More of Methamphetamine; Aiding and Abetting | Six |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

22-MJ-1334-DLC

22-MJ-1335-DLC

22-MJ-1336-DLC

22-mj-1371-DLC

22-MJ-7006-JCB

22-MJ-7107-JCB

22-MJ-7108-JCB

22-MJ-7138-JCB

22-MJ-7315-JCB

23-MJ-4169-DHH

23-MJ-4170-DHH

23-MJ-4171-DHH

23-MJ-4172-DHH

23-MJ-7313-JCB

23-MJ-7314-JCB

23-MJ-7315-JCB

23-MJ-7316-JCB

23-MJ-7317-JCB

23-MJ-7318-JCB

23-MJ-7319-JCB

23-MJ-7320-JCB

23-MJ-7321-JCB